Frank Dodge and another. No opinion. Judgment affirmed, with costs.

JOYCE v. WEBSTER. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Margaret Joyce against Henry J. Webster. No opinion. Motion denied, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 1125.

JULIAMS v. CAREY PRINTING CO. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by John Juliams against the Carey Printing Company. No opinion. Application denied, with $10 costs. Order signed.

KEEGAN, Respondent, v. LORD ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Action by John H. Keegan, as administrator, etc., against the Lord Electric Company. No opinion. Motion denied, without costs.

KEEPSDRY CONST. CO. v. BARONOFF et al. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by the Keepsdry Construction Company against Lippa Baronoff and another. No opinion. Application denied, with $10 costs. Order signed.

KELLUM v. CORR et al. (Supreme Court, Appellate Division, Second Department. June 10, 1913.) Action by Cornelia Kellum against Alice J. Corr and others, in which the Mission of the Immaculate Virgin appeals. No opinion. Motion to resettle order denied, without costs. See, also, 149 App. Div. 200, 133 N. Y. Supp. 784.

KEMPNER, Respondent, v. F. B. HAVILAND PUB. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) Action by Milton Kempner against the F. B. Haviland Publishing Company. No opinion. Order affirmed, with $10 costs and disbursements.

In re KENNEY. (Supreme Court, Appellate Division, First Department. June 6, 1913.) In the matter of M. Francis Kenney. No opinion. Motion granted. Settle order on notice. See, also, 155 App. Div. 890, 140 N. Y. Supp. 314.

KERWIN, Appellant, v. LONG ISLAND R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Action by John W. Kerwin, an infant, by Catherine A. Kerwin, his guardian ad litem, against the Long Island Railroad Company.
PER CURIAM. The rope furnished by defendant for ordinary use upon its wagons for the purpose of securing the loads of said wagons was a part of the "plant," within the meaning of the statute. Lipstein v. The Provident Loan Association, 154 App. Div. 732, 139 N. Y.

Supp. 799. The action was therefore maintainable under the provisions of the Labor Law, as amended in 1910. The questions of assumption of risk or contributory negligence on the part of the plaintiff were primarily for the jury. Judgment reversed, and new trial granted, costs to abide the event.

KEVE v. COLUMBIA KID HAIR CURLERS MFG. CO. (Supreme Court, Appellate Term, First Department. June 24, 1913.) Appeal from Municipal Court, Borough of Manhattan, Second District. Action by Max Keve against the Columbia Kid Hair Curlers Manufacturing Company. From a judgment for plaintiff, defendant appeals. Reversed, and complaint dismissed. Meyer D. Siegel, of New York City, for appellant. Harry Stackell, of New York City, for respondent.
PER CURIAM. Judgment reversed, with costs, and complaint dismissed, with costs, on the ground that the Municipal Court was without jurisdiction to entertain the action. Weisel v. Old Dominion Steamship Co., 99 App. Div. 568, 91 N. Y. Supp. 140.

KEVE v. COLUMBIA MFG. CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Max Keve against the Columbia Manufacturing Company. No opinion. Application granted. Order signed. See, also, 142 N. Y. Supp. 1125.

KEYTON v. UNIVERSAL MOTOR TRUCK CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by George W. Keyton against the Universal Motor Truck Company. No opinion. Application denied, with $10 costs. Order signed.

KIDD, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by John Kidd, as executor, etc., of George W. Wait, deceased, against the New York Central & Hudson River Railroad Company.
PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event. On the issue of warning signals from defendant's train, the outside testimony of a large number of disinterested witnesses supports the affirmative evidence of the engineer and fireman. There was no substantial issue raised by negative testimony from observers in a position to hear and see, and who were attentive to the train's approach. Plaintiff's testimony was therefore overborne by that of defendant upon the vital issue of defendant's signals, and the want of care by plaintiff's testator in driving his motor car upon the crossing in front of the train. Hence the motion to set aside the verdict, as against the weight of evidence, should have been granted.

KIESEWETTER, Respondent, v. HILLIARD, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Ac-

tion by Louis Kiesewetter against William V. Hilliard. No opinion. Order affirmed, with $10 costs and disbursements.

KIMBALL, Appellant, v. DYETT, Respondent. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Charles C. Kimball against James H. Dyett. No opinion. Judgment and order affirmed, without costs.

KINGSBURY, Appellant, v. BURDICK, Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by Albert J. Kingsbury against Joel W. Burdick. J. T. Delaney, for appellant. J. S. Darcy, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re KINGS COUNTY TRUST COMPANY. (Supreme Court, Appellate Division, Second Department. May 29, 1913.) In the matter of the Kings County Trust Company, as administrator, etc., of Charles S. Fowler, deceased. No opinion. Reargument ordered, and case set down for Friday, June 6, 1913. See, also, 78 Misc. Rep. 245, 139 N. Y. Supp. 454.

KINNEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Action by John W. Kinney against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 148 App. Div. 900, 132 N. Y. Supp. 1134.

KRUSE, P. J., dissents. LAMBERT, J., not sitting.

KLEBOLD PRESS v. BREMIN CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by the Klebold Press against the Bremin Company. No opinion. Application denied, with $10 costs. Order signed.

KLEE, Respondent, v. CITY OF TROY, Appellant. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Joseph W. Klee against the City of Troy. No opinion. Judgment and order unanimously affirmed, with costs.

KLINE BROS. & CO., Appellant, v. COLONIAL ASSUR. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by Kline Bros. & Co. against the Colonial Assurance Company. With this case has been consolidated in this court cases bearing titles as follows: Kline Bros. & Co. v. Factors' Fire Ins. Co. Same v. Rimouski Fire Ins. Co. Same v. New York Fire Ins. Co. Julius Marqusee v. Roger Williams Fire & Marine Ins. Co. F. M. Czaki, of New York City, for appellant. A. C. Mandel, for respondent. No opinions. Judgments and orders affirmed, with costs. Orders filed. See, also, 155 App. Div. 896, 140 N. Y. S. 1126.

In re KNAPP. (Supreme Court, Appellate Division, First Department. June 6, 1913.) In the matter of Mark I. Knapp. No opinion. Application denied. Settle order on notice. Memorandum per curiam.

KNERER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by John Knerer against the Brooklyn Heights Railroad Company. No opinion. Judgment and order of the County Court of Queens county unanimously affirmed, with costs.

KNIGHT, Respondent, v. ROTHSCHILD, Appellant. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by Robert A. Knight, as assignee, against Simon Rothschild, as surviving partner, etc. B. F. Einstein, of New York City, for appellant. Omri F. Hibbard, of New York City, for respondent. No opinion. Judgment affirmed, with costs, on 132 App. Div. 274, 117 N. Y. Supp. 26. Order filed.

KOLLIS, Respondent, v. BUFFALO UNION TERMINAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1913.) Action by Jula Kollis, as administrator, etc., against the Buffalo Union Terminal Railway Company.

PER CURIAM. Order modified, by striking therefrom the provisions respecting the production of records and photographs, and, as so modified, affirmed, without costs of this appeal to either party. Held, that the provision of the order respecting the production of paper is too general.

KRAUS et al., Respondents, v. FOX, Appellant. (three cases.) (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by George J. Kraus and others against William Fox. G. A. Rogers, of New York City, for appellant. H. A. Friedman, of New York City, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

KROLL, Appellant, v. ASSOCIATED OPERATING CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Action by Frederick Kroll against the Associated Operating Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements, and appeal from judgment dismissed, without costs, on the authority of Jones v. Sabin, 122 App. Div. 666, 107 N. Y. Supp. 508, and Banes v. Rainey, 130 App. Div. 465, 114 N. Y. Supp. 986.

KRONIG et al. v. ZEMAN. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Samuel Kronig and another against Victor B. Zeman. No opinion. Motion denied, with $10 costs. Order filed.